IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-50920

---

OLGA V. LERMA,

Plaintiff-Appellant,

versus

WACKENHUT CORPORATION,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Texas
(SA-99-CV-1294)

---

September 7, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.